

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

REDACTED

| | |
|---|---|
| QS WHOLESALE, INC., a California corporation; QUIKSILVER, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ROX VOLLEYBALL, INC., a Florida corporation; 1ST PLACE TEAM SALES, INC., a Florida corporation,<br><br>　　　　　Defendants. | Case No. SACV-13-00512 AG (JPRx)<br><br>**SPECIAL VERDICT FORM**<br><br>Honorable Andrew J. Guilford<br><br>Trial Date: January 13, 2015 |

We, the jury impaneled in this case, answer the questions submitted to us as follows:

1. Was there federal trademark infringement by the defendants, Rox Volleyball and 1st Place Team Sales, on one of the claims brought by plaintiffs?

    YES ✓   NO ___

If you answered "YES" to Question 1, then go to Question 2. If you answered "NO" to Question 1, then go to Question 3.

2. Did defendants intentionally infringe?

    YES ✓   NO ___

3. Did defendants engage in federal trademark dilution?

    YES ✓   NO ___

If you answered "NO" to Question 1 <u>and</u> "NO" to Question 3, then STOP and have the presiding juror sign and date this form.

If you answered "YES" to Question 3, then go to Question 4.

If you answered "NO" to Question 3 and "YES" to Question 1, then go to Question 5.

4. Did defendants willfully cause a likelihood of dilution of the ROXY® trademark?

    YES ✓   NO ___

- 1 -

*If you answered "YES" to Question 1 or 4, then go to Question 5. If you did not answer "YES" to Question 1 or 4, then STOP and have the presiding juror sign and date this form.*

5. What amount of actual damages, if any, do you find that plaintiffs suffered as a result of wrongful conduct of defendants?

$ 42,376

6. What amount of profits, if any, earned by defendants are attributable to wrongful conduct that are not taken into account by your answer to Question 5?

$ 161,775

7. Did plaintiffs know, or should plaintiffs have known, of Rox Volleyball's allegedly infringing use by March 29, 2009?

    YES _____    NO ✓

Signed: _____
    Presiding Juror

Dated: 1/23/2015