UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPARTMENT 10D



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 23 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NO. SACV13-0512 AG (JPRx)

Date: 1/23/2015

Time: 4:10 PM

Case Name:   QS Wholesale, Inc., et al v. Rox Volleyball, Inc., et al

REDACTED JURY NOTE NUMBER    1

☒   THE JURY HAS REACHED A UNANIMOUS VERDICT.

☐   THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

SIGNED: _____
FOREPERSON OF THE JURY